No. 83–2074. HESTER v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. Appeal from C. A. Fed. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–2138. CITIZENS FEDERAL SAVINGS & LOAN ASSOCIATION OF DAYTON, OHIO v. PAGE ET AL. Appeal from Ct. App. Ohio, Warren County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–2149. DOBREFF ET UX. v. TOWNSHIP OF HARRISON. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–2157. CRANE NECK ASSN., INC., ET AL. v. NYC/LONG ISLAND COUNTY SERVICES GROUP ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5907. ISELEY v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6272. OSIPOVA v. BROOKS ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6479. ALEXANDER v. TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6670. ROY ET AL. v. CITY OF MIDDLETOWN. Appeal from Ct. App. Ohio, Butler County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.